| | |
|---|---|
| LOIS ALLEN, | CASE NO. C17-1451 MJP |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| CATHOLIC SOCIAL SERVICES, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a 73-page complaint (Dkt. No. 3) and a Motion to Appoint Counsel. (Dkt. No. 4.) The Court has reviewed Plaintiff's pleadings and concluded that her case cannot be litigated in this district.

All of the conduct and conditions of which Plaintiff complains occurred in Anchorage. Therefore, her claims arose in the District of Alaska and not in the Western District of Washington. Accordingly, venue is proper in the District of Alaska and not here. *See* 28 U.S.C.

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

§ 1391(b)[1]. When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Plaintiff will not be prejudiced by dismissal of the instant complaint as there is nothing to prevent her from re-filing it in the District of Alaska. Therefore,

IT IS ORDERED that the above-entitled matter is DISMISSED without prejudice to re-file the claims in the proper district.

The clerk is ordered to provide copies of this order to Plaintiff.

Dated October 19, 2017.

Marsha J. Pechman
United States District Judge

---

[1] Venue would also be proper in any district in which the defendant resides. *See* 28 U.S.C. § 1391(b). It appears that the Defendant resides in Alaska as well.